NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FLORA S. LEYGA,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7166

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-3290, Judge Donald L. Ivers.

---

## ON MOTION

---

Before NEWMAN, PROST, and WALLACH, *Circuit Judges.*

PER CURIAM.

## O R D E R

Flora D. Leyga moves for reconsideration of this court's order dismissing her appeal for lack of jurisdiction. In her motion for reconsideration she discloses a document that could have been treated as a timely filed notice of appeal to this court.

FLORA LEYGA V. SHINSEKI                                        2

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  The court's mandate is recalled, the court's dismissal order is vacated, and the appeal is reinstated.

(3)  The Secretary of Veterans Affairs' should compute his brief due date from the date of this order.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s26